# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weisman, M. David | U.S. District Court, Northern District of Illinois | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Dirksen Federal Courthouse
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▨▨▨▨▨▨▨▨ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Department of Education | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Frontier (FTR) (Y) | | | | | | | | | |
| 3. Bank of America (cash) | A | Interest | K | T | | | | | |
| 4. Fifth Third Bank (cash) | A | Interest | K | T | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Federated Government Obligations Capital (GOCXX) (cash equivalent) | A | Dividend | J | T | | | | | |
| 7. IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 8. | | | | | Sold (part) | 03/27/20 | J | | |
| 9. | | | | | Sold | 06/10/20 | J | | |
| 10. IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | |
| 11. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 12. IShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | |
| 13. IShares S&P 500 Growth ETF (IVW) | A | Dividend | L | T | Buy (add'l) | 01/31/20 | J | | |
| 14. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 15. | | | | | Sold (part) | 06/10/20 | J | A | |
| 16. | | | | | Sold (part) | 09/21/20 | J | A | |
| 17. Ishares S&P 500 Value ETF (IVE) | B | Dividend | L | T | Buy (add'l) | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 20. IShares Trust Core MSCI EAFE ETF (IEFA) | B | Dividend | L | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 23. DBX ETF TR XTrack USD High (HYLB) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 24. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 25. Goldman Sachs ETF TR Access Treasury (GBIL) | A | Dividend | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 26. | | | | | Sold | 06/10/20 | J | A | |
| 27. Goldman Sachs ETF TR Access Invt Gr (GIGB) | A | Dividend | J | T | | | | | |
| 28. IShares Core US Aggregate Bond ETF (AGG) | A | Dividend | K | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 29. | | | | | Sold<br>(part) | 03/27/20 | J | A | |
| 30. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 32. Ishares TR JP Morgan Emerging Markets ETF (EMB) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 33. Vanguard BD Index FD Inc Long Term Bd ETF (BLV) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 34. | | | | | Sold<br>(part) | 03/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | Buy (add'l) | 06/10/20 | J | | |
| 36. | Vanguard Bd Index Fd Inc Short Term Bd ETF (BSV) | A | Dividend | J | T | Buy (add'l) | 06/10/20 | J | | |
| 37. | | | | | | Sold (part) | 09/21/20 | J | | |
| 38. | Vanguard Intermediate Term Corp Bond (VCIT) (was Vanguard Scottsdale) | A | Dividend | J | T | Buy (add'l) | 06/10/20 | J | | |
| 39. | Account #2 (H) | | | | | | | | | |
| 40. | USAA Aggressive Grwoth Portfolio (USAUX) | A | Dividend | J | T | | | | | |
| 41. | Account #3 (H) | | | | | | | | | |
| 42. | Fidelity Government Cash Reserves (FDRXX) (cash equiv) (X) | A | Dividend | J | T | | | | | |
| 43. | Fidelity Strategic Advisers Large Cap Fund (FALCX) | B | Dividend | N | T | Buy (add'l) | 11/24/20 | J | | |
| 44. | | | | | | Sold (part) | 12/18/20 | J | | |
| 45. | Fidelity Strategic Advisers Core (FCSAX) | D | Dividend | | | Sold (part) | 01/24/20 | J | A | |
| 46. | | | | | | Buy (add'l) | 03/05/20 | J | | |
| 47. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 48. | | | | | | Sold (part) | 04/17/20 | J | | |
| 49. | | | | | | Buy (add'l) | 04/27/20 | J | | |
| 50. | | | | | | Buy (add'l) | 04/28/20 | J | | |
| 51. | | | | | | Buy (add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 53. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 54. | | | | | Sold (part) | 08/21/20 | J | A | |
| 55. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 56. | | | | | Sold (part) | 10/22/20 | J | A | |
| 57. | | | | | Merged (with line 43) | 11/20/20 | M | | |
| 58. Fidelity Strategic Advisers Growth (FSGFX) | D | Dividend | | | Sold (part) | 01/24/20 | J | A | |
| 59. | | | | | Sold (part) | 04/17/20 | J | | |
| 60. | | | | | Sold (part) | 04/27/20 | J | | |
| 61. | | | | | Sold (part) | 06/03/20 | J | A | |
| 62. | | | | | Sold (part) | 07/29/20 | J | A | |
| 63. | | | | | Sold (part) | 08/21/20 | J | A | |
| 64. | | | | | Sold (part) | 09/10/20 | J | A | |
| 65. | | | | | Merged (with line 43) | 11/20/20 | L | | |
| 66. Fidelity Strategic Advisers Value (FVSAX) | D | Dividend | | | Buy (add'l) | 03/05/20 | J | | |
| 67. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 68. | | | | | Sold (part) | 04/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/26/20 | J | | |
| 70. | | | | | Merged (with line 43) | 11/20/20 | L | | |
| 71. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | L | T | Buy (add'l) | 03/05/20 | J | | |
| 72. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 73. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 74. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 75. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 76. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 77. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | B | Dividend | L | T | Buy (add'l) | 03/05/20 | J | | |
| 78. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 79. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 80. | | | | | Sold (part) | 04/27/20 | J | | |
| 81. | | | | | Sold (part) | 06/03/20 | J | | |
| 82. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 83. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 84. | | | | | Sold (part) | 10/22/20 | J | | |
| 85. | | | | | Sold (part) | 12/18/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Strategic Advisers International (FILFX) | B | Dividend | M | T | Buy (add'l) | 03/05/20 | J | | |
| 87. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 88. | | | | | Sold (part) | 06/03/20 | J | | |
| 89. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 91. Fidelity SAI US Large Cap Index (FLCPX) | | None | | | Sold (part) | 01/24/20 | J | B | |
| 92. | | | | | Sold | 04/27/20 | J | B | |
| 93. Fidelity SAI International Index (FIONX) | | None | | | Buy (add'l) | 01/24/20 | J | | |
| 94. | | | | | Sold (part) | 03/05/20 | J | | |
| 95. | | | | | Sold (part) | 04/17/20 | J | | |
| 96. | | | | | Sold | 06/26/20 | J | A | |
| 97. Fidelity SAI Emerging Markets Index (FERGX) | | None | | | Buy (add'l) | 01/24/20 | J | | |
| 98. | | | | | Sold (part) | 03/05/20 | J | | |
| 99. | | | | | Sold (part) | 04/17/20 | J | | |
| 100. | | | | | Sold | 06/26/20 | J | B | |
| 101. AQR Managed Futures Strategy N (AQMNX) | | None | | | Sold (part) | 03/25/20 | J | | |
| 102. | | | | | Buy (add'l) | 04/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/24/20 | J | | |
| 104. | | | | | Sold | 12/18/20 | J | A | |
| 105.  Cohen & Steers Realty Shares (CSRSX) | A | Dividend | K | T | Buy | 06/03/20 | J | | |
| 106. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 107. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 108.  AlphaSimplex Mnged Future Strat Cl A (AMFAX) | A | Dividend | J | T | | | | | |
| 109.  Fidelity Strategic Advisers Short Duration (FAUDX) | A | Dividend | | | Buy (add'l) | 03/25/20 | J | | |
| 110. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 111. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 112. | | | | | Sold (part) | 06/26/20 | J | A | |
| 113. | | | | | Sold (part) | 07/29/20 | J | | |
| 114. | | | | | Sold (part) | 08/21/20 | J | A | |
| 115. | | | | | Sold | 09/10/20 | J | B | |
| 116.  Fidelity Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 117. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 118. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 119. | | | | | Buy (add'l) | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 126.  Fidelity Strategic Advisers Core Income (FPCIX) | D | Dividend | M | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 127. | | | | | Sold<br>(part) | 03/05/20 | J | A | |
| 128. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 129. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 130. | | | | | Sold<br>(part) | 04/27/20 | J | A | |
| 131. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 132. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 133. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 134. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 135. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 136.  Eaton Vance Global Macro Absolute Rtrn Advt A (EGRAX) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PIMCO Commodity Real Ret Strat Instil (PCRIX) | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 138. | | | | | Sold | 03/25/20 | J | | |
| 139. FIMM Govt Portfolio Inst (FRGXX) | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 140. | | | | | Sold (part) | 02/24/20 | J | | |
| 141. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 142. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 143. | | | | | Sold (part) | 05/18/20 | J | | |
| 144. | | | | | Sold | 06/03/20 | K | | |
| 145. Account #4 (H) | | | | | | | | | |
| 146. Fidelity Strategic Advisers Large Cap Fund (FALCX) | A | Dividend | K | T | | | | | |
| 147. Fidelity Strategic Advisers Core (FCSAX) | B | Dividend | | | Merged (with line 146) | 11/20/20 | J | | |
| 148. Fidelity Strategic Advisers Growth (FSGFX) | B | Dividend | | | Merged (with line 146) | 11/20/20 | J | | |
| 149. Fidelity Strategic Advisers Value (FVSAX) | A | Dividend | | | Merged (with line 146) | 11/20/20 | J | | |
| 150. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 151. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | A | Dividend | J | T | | | | | |
| 152. Fidelity Strategic Advisers International (FILFX) | A | Dividend | K | T | | | | | |
| 153. Fidelity SAI US Large Cap Index (FLCPX) | | None | | | Sold | 01/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Fidelity SAI International Index (FIONX) (Y) | | | | | | | | | |
| 155. Fidelity SAI Emerg Markets Index (FERGX) (Y) | | | | | | | | | |
| 156. Cohen & Steers Realty Shares (CSRSX) (X) | A | Dividend | J | T | | | | | |
| 157. Fidelity Strategic Advisers Short Duration (FAUDX) (Y) | | | | | | | | | |
| 158. Fidelity Strategic Advisers Income Opportunities (FPIOX) (X) | A | Dividend | J | T | | | | | |
| 159. Fidelity Strategic Advisers Core Income (FPCIX) | B | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 160. | | | | | Sold (part) | 03/05/20 | J | A | |
| 161. FIMM Government Portfolio Instl Cl (FRGXX) (Y) | | | | | | | | | |
| 162. Account #5 (H) | | | | | | | | | |
| 163. T. Rowe Price Retirement 2015 (TRFGX) | D | Dividend | M | T | | | | | |
| 164. Account #6 (H) | | | | | | | | | |
| 165. USAA Treasury MMKT (UATXX) (Y) | | | | | | | | | |
| 166. American Well Corp Cl A (AMWL) | | None | J | T | Buy | 09/23/20 | J | | |
| 167. Zoom Video Communications Inc Cl A (ZM) (X) | | None | K | T | Buy | 03/25/20 | J | | |
| 168. Account #7 (H) | | | | | | | | | |
| 169. Comcast (CMCSA) | A | Dividend | L | T | Buy (add'l) | 04/28/20 | J | | |
| 170. | | | | | Buy (add'l) | 07/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 172.  Account #8 (H) | | | | | | | | | |
| 173.  USAA Aggressive Growth Portfolio<br>(USAUX) | | None | K | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 174.  Account #9 (H) | | | | | | | | | |
| 175.  USAA Aggressive Growth (USAUX) | A | Dividend | M | T | | | | | |
| 176.  Account #10 (H) | | | | | | | | | |
| 177.  USAA Capital Growth (USCGX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

AlphaSimplex Mnged Future Strat Cl A (AMFAX) was ASG Managed Future.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. David Weisman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544